**Order entered September 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01110-CV

### IN RE JOHNNY HUDDLESTON, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04503-2013**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's September 24, 2018 petition for writ of habeas corpus without addressing the merits of the petition. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/      BILL WHITEHILL
JUSTICE